535 A.2d 1053

**COMMONWEALTH of Pennsylvania**

v.

**Christopher SWINT, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1988.

Decided Jan. 22, 1988.

Dennis H. Eisman, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Helen Kane, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed. Matter remanded to Superior Court for a decision on the merits of the case.